UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**NAQUONE TAYLOR**, individually,

               Case No. 1:15-cv-3914-MKB-CLP

**Plaintiff**,

v.

**235-241 BUSHWICK AVENUE REALTY CORP.**, a New York for Profit business entity,

**Defendant.**

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on February 28, 2016.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar. No. 4158666

**ADA Accessibility Associates**
19390 Collins Avenue, Ste. 619
Sunny Isles Beach, Florida 33160
E: TDemetriades@Aol.com
T: (305) 510-0144


By: _____
Richard Friedman, Esq.
Counsel for Defendant(s)

Richard Friedman PLLC
830 Third Avenue, 5th Floor
New York, New York 10022
TEL: 212-600-9539
FAX: 212-840-8560

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on February 28, 2016.